UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATALIE WALKER | CIVIL ACTION NO. |
| VERSUS | JUDGE: |
| UNIVERSITY OF LOUISIANA SYSTEM BOARD OF SUPERVISORS THROUGH UNIVERSITY OF NEW ORLEANS, GEORGE BUDWELL F/K/A SHAWN VINCENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ASSISTANT PROFESSOR | MAGISTRATE: |

*****************************************************************************

**PETITION FOR REMOVAL**

The petition of the University of Louisiana System Board of Supervisors Through University of New Orleans ("the Board") for removal of the above captioned matter from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana respectfully represents the following:

1.

The Board is defendant in a civil action brought against it in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled *Natalie Walker v. University of Louisiana System Board of Supervisors Through University of New Orleans, et al,* No. 2018-10673, Div. G, Sec. 11. A copy of the citation and petition in that action is attached hereto and constitutes all process, pleadings, and orders served upon petitioner in said action.

2.

The aforesaid action was commenced by suit filed in the Civil District Court for the Parish of Orleans on October 23, 2018.  Service of process separately upon the Louisiana Attorney General and the Director of the Office of Risk Management, as the Board's designated agents for service of process, was obtained on March 19, 2019.

3.

Plaintiff in the state court proceeding has sued the Board for damages allegedly sustained as a result of the Board's violation of federal law, specifically, the Fourteenth Amendment of the United States Constitution, Title IX of the Education Amendments of 1972, 20 U.S.C. §1681, *et seq,* 42 U.S.C. §1983, and 42 U.S.C. §1988(b).

4.

As alleged by plaintiff in her state court lawsuit, her cause of action against defendant is based primarily upon alleged violations of federal law.

5.

Plaintiff's suit is a civil action brought in a state court of which this United States District Court has original jurisdiction because of federal question jurisdiction arising under the above referenced federal constitutional and statutory provisions and is thus removable in accordance with 28 U.S.C. §1331, 28 U.S.C. §1441, and 28 U.S.C. §1446.

6.

Regarding the consent requirement set forth in 28 U.S.C. §1446(b)(2)(A), the only defendant served thus far in the state court litigation is the removing defendant, the Board.

7.

As of this date there are no matters pending in state court that will require resolution by this Court.

**WHEREFORE**, the University of Louisiana System Board of Supervisors Through University of New Orleans prays that this matter be allowed to proceed in this Court as an action properly removed thereto.

Respectfully Submitted,

**BURGLASS & TANKERSLEY, L.L.C.**

s/Dennis J. Phayer
**DENNIS J. PHAYER (10408)**
Email: dphayer@burglass.com
**GREGORY C. FAHRENHOLT (28572)**
Email: gfahrenholt@burglass.com
5213 Airline Drive
Metairie, Louisiana 70001-55602
Phone:  (504) 836-0412
Telefax: (504) 287-0452

## VERIFICATION

This is to verify that the attached petition for removal is an accurate reflection which entitles the named petitioner to remove this case to the United States District Court for the Eastern District of Louisiana, and that the attached pleadings represent all of said pleadings which have been served upon petitioner to date in the Civil District Court for the Parish of Orleans, State of Louisiana, in the matter entitled *Natalie Walker v. University of Louisiana System Board of Supervisors Through University of New Orleans, et al,* Civil District Court for the Parish of Orleans, State of Louisiana, No. 2018-10673, Div. G., Sec. 11.

s/Dennis J. Phayer
**DENNIS J. PHAYER**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2019, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and have emailed a copy to plaintiff's counsel.

s/Dennis J. Phayer
**DENNIS J. PHAYER**